# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 17-17082-ELF

DOMINICK J GUERRERA

945 LIEDS ROAD

COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DOMINICK J GUERRERA

    945 LIEDS ROAD

    COATESVILLE, PA 19320

**Counsel for debtor(s), by electronic notice only.**
    JOHN GAGLIARDI ESQ
    WETZEL, GALLAGHER & FETTER LLC
    101 E EVANS ST - SUITE A
    WEST CHESTER, PA 19380-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

               /s/ William C. Miller

Date: 1/9/2018

               _____
               William C. Miller, Esquire
               Chapter 13 Standing Trustee