**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Chapter 13 |
| DOMINICK J. GUERRERA | Case No. 17-17082 ELF |
| Debtor | |

**ORDER**

AND NOW, this __14th__ day of __September__, 2018, upon consideration of the Application for Compensation filed by the Debtor's counsel, Wetzel Gagliardi Fetter & Lavin LLC, ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is allowed in favor of the Applicant in the amount of **$6,640.00** for fees, and expense reimbursement in the amount of **$360.00** is **ALLOWED**, for a total of **$7,000.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation less **$2,500.00**, which was paid by the Debtor prepetition as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B).

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE