Certificate Number: 14912-PAE-DE-035260230

Bankruptcy Case Number: 17-17082



14912-PAE-DE-035260230

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 12, 2021, at 1:39 o'clock PM EST, Dominick Guerrera completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 12, 2021           By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor