United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dominick J. Guerrera  
Debtor

Case No. 17-17082-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Apr 16, 2021     Form ID: 138NEW     Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dominick J. Guerrera, 945 Lieds Road, Coatesville, PA 19320-4835 |
| NONE | #+ | Wetzel Gagliardi Fetter & Lavin LLC, 101 E. Evans St., Ste. A, West Chester, PA 19380-2600 |
| 14000556 | + | Account Resolution Services, 1643 North Harrison Pkwy, Building H, Ste. 100, Sunrise, FL 33323-2857 |
| 14075915 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14000559 | + | Keystone Tax Claim Bureau, PO Box 499, Irwin, Pennsylvania 15642-0499 |
| 14000560 | | Penna. Dept. of Revenue/Bankruptcy, Department 280946, Harrisburg, Pennsylvania 17128-0946 |
| 14030732 | + | Regina Cohen, Esquire, LAVIN, ONEIL, CEDRONE & DiSIPIO, 190 North Independence Mall West,, Suite 500 6th and Race Streets, Philadelphia, PA 19106-1557 |
| 14069608 | | U.S. Bank NA, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14000561 | + | U.S. Bank, N.A., c/o David Fein, Esquire, KML Law Group PC, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14016877 | | Email/Text: ally@ebn.phinsolutions.com | Apr 17 2021 03:31:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14000557 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 17 2021 03:31:00 | Ally Financial, PO Box 380901, Bloomington, Minnesota 55438-0901 |
| 14000558 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2021 03:32:00 | IRS, P.O. Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 14034729 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 17 2021 03:54:10 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | | Name and Address |
|---|---|---|---|
| cr | *+ | | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN A. GAGLIARDI | on behalf of Wetzel Gagliardi Fetter & Lavin LLC jgagliardi@wgflaw.com |
| JOHN A. GAGLIARDI | on behalf of Debtor Dominick J. Guerrera jgagliardi@wgflaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank NA et.al. bkgroup@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Dominick J. Guerrera

    Debtor(s)

Bankruptcy No: 17−17082−elf

Chapter: 13

---

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

    For The Court
    Timothy B. McGrath
    Clerk of Court

Dated: 4/16/21

    51 − 50
    Form 138_new